**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BC Aventura Contemporary Furniture, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-3303519** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **600 SILKS RUN SUITE 1280 Hallandale, FL 33009** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | BC Aventura Contemporary Furniture, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __4491__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

| Debtor | **BC Aventura Contemporary Furniture, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | **See Attachment** |
| District | _____  When _____ |
| | |
| Relationship | _____ |
| Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

            Contact name _____

            Phone _____

---

              **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **BC Aventura Contemporary Furniture, LLC**                                    Case number (*if known*) _____
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | BC Aventura Contemporary Furniture, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 15, 2024**
               MM / DD / YYYY

X _____          **Carlos Salamonovitz**
Signature of authorized representative of debtor          Printed name

Title  **Manager** _____

**18. Signature of attorney**

X /s/ Joseph A. Pack _____          Date  **November 15, 2024**
Signature of attorney for debtor                              MM / DD / YYYY

**Joseph A. Pack** _____
Printed name

**Pack Law** _____
Firm name

**51 NE 24th St., #108**
**Miami, FL 33137** _____
Number, Street, City, State & ZIP Code

Contact phone  **(305) 916-4500**          Email address  **joe@packlaw.com**

**117882 FL** _____
Bar number and State

Debtor    **BC Aventura Contemporary Furniture, LLC**                                    Case number (*if known*) _____
              Name

---

| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number (*if known*) _____  Chapter __11__ |

☐ Check if this an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **BC America Contemporary Furniture, LLC** | | | Relationship to you | **Affiliate** |
| --- | --- | --- | --- | --- | --- |
| District | **Southern District of Florida** | When | **11/15/24** | Case number, if known | |
| Debtor | **BC Aventura Contemporary Furniture, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | **11/15/24** | Case number, if known | |
| Debtor | **BC Boca Contemporary Furniture, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | **11/15/24** | Case number, if known | |
| Debtor | **BC Contemporary Furniture, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | **11/15/24** | Case number, if known | |
| Debtor | **BC Gables Contemporary Furniture, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | **11/15/24** | Case number, if known | |
| Debtor | **BC Lauderdale Contemporary Furniture, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | **11/15/24** | Case number, if known | |
| Debtor | **BC Logistics Contemporary Furniture, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | **11/15/24** | Case number, if known | |
| Debtor | **BC Midtown Contemporary Furniture, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | **11/15/24** | Case number, if known | |

**United States Bankruptcy Court**
**Southern District of Florida**

In re   __BC Aventura Contemporary Furniture, LLC__                          Case No. _____

                                                          Debtor(s)          Chapter    __11_____

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    __November 15, 2024_____          /s/ Carlos Salamonovitz_____

                                                **Carlos Salamonovitz**/**Manager**
                                                Signer/Title

Insurance Marketing Center, INC
7719 NW 48th Street STE 185 DORAL, FL
33166


ALDAFRADON, S.A DE C.V.
Avenida Constituyentes 1070, 4th Floor,
Lomas Altas, Miguel Hidalgo, CDMX, C.P.
11950 México


BoConcept A/S
Morupvej 16
7400 Herning Denmark


Principal, INC
8506 BAY HILL BLVD. ORLANDO, FL 32819


Aon Risk Services Northeast, INC
200 E. RANDOLPH STREET 8TH FLOOR
CHICAGO, IL 60601


USPlate Glass Insurance Company
200 E. RANDOLPH STREET 8TH FLOOR
CHICAGO, IL 60601


Lockton Affinity, LLC
200 E. RANDOLPH STREET 8TH FLOOR
CHICAGO, IL 60601


Brookfield Properties, LLC
5364 NW 54TH STREET
COCONUT CREEK, FL 33073


The Village at Gulfstream Park, LLC
901 S. FEDERAL HIGHWAY
HALLANDALE BEACH, FL 44113


Samantha Lillard

Madison Marquette
601 Silks Run, #1460
Hallandale Beach, Florida 33009


Desmond D. Connall, Jr., Esq.
Ballard Spahr LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202


CROCKER DOWNTOWN
DEVELOPMENT ASSOCIATES
c/o Mizner Park
350 N. Orleans St.
Suite 300
Chicago, IL 60654-1607
Attn: Law/Lease Administration
Department


Mizner Park
327 PLAZA REAL, SUITE 315
BOCA RATON, Florida 33432
Attn: General Manager


Tuscany
740 S. Powerline Rd Suite F
Deerfield Beach FL 33442


Shops at Merrick Park
c/o MERRICK PARK LLC
350 N Orleans Street, Suite 300
Chicago, Illinois 60654-1607
Attn: Law/ Leasing Department


BoConcept Franchise, Inc.
142A LeFante Way
Bayonne, New Jersey 07002


The Gateway at Wynwood LLC
Shelby Rosenberg
R&B Realty Group, LLC

28 West 36 Street, Suite 301
New York NY, 10018


Florida Department of Revenue
5050 West Tennessee Street,
Tallahassee, FL 32399


Union Planters (E&A), LLC
c/o Edens Limited Partnership
Attn: Legal Department
1221 Main Street, Suite 1000
Columbia, South Carolina 29201


Blackstone Merchant Services, INC.
2620 SW 27th AVE
MIAMI, FL 33133


Choice Waste of Florida, Inc.
2805 E. OAKLAND PARK BLVD. SUITE #464
FORT LAUDERDALE, FL 33306


Comcast Corporation
1500 MARKET STREET EAST TOWER, 35TH
FLOOR,
PHILADELPHIA, PA 19102


Florida Power Light Company
700 Universe Blvd.
MIAMI FL


Guardsman US LLC
3196 Kraft Ave SE Suite 105 Grand
Rapids, MI, 49512


Granite Telecommunications, LLC
100 NEWPORT AVENUE EXT.
QUINCY, MA 02171

The Helios Company
CELTIC 2620 4TH ST N
ST PETERSBURG, FL 33704


Keter Environmental Services,LLC
4 HIGH RIDGE PARK, SUITE 202
STAMFORD, CT 06905


Paycor, INC
4811 Montgomery Road
Cincinnati, OH 45212


Surepayroll, INC
2350 Ravine Way, Suite 100,
Glenview, IL 60025


Synchrony Bank
Altamonte Springs, FL 327166015


Unified Logistics Group, LLC.
1728 NE MIAMI GARDENS DR 405
NORTH MIAMI BEACH, FL 33179


Balance Bridge, LLC
7901 4TH ST N STE 300
ST. PETERSBURG, FL 33702


Florida Blue, LLC
8177 GLADES ROAD 216
BOCA RATON, FL 33434


BC Muebles Contemporaneos, S.A de C.V.
Paseo de las Palmas 870 Col. Lomas de
Chapultepec II Secc. Del. Miguel
Hidalgo, C.P. 11000


Internal Revenue Service
P.O. Box 7346

Philadelphia, PA 19101-7346

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

_____
                                                    )
In re:                                              )
                                                    )    Chapter 11
BC Aventura Contemporary Furniture, LLC, *et al.*[1] )
                                                    )    Case No. 24-_____
                                                    )
                    Debtors.                        )    (Joint Administration Pending)
_____             )

## 11 U.S.C. § 1116 DECLARATION

I have been advised by the proposed counsel to the above-captioned debtors and debtors-in-possession (the "Debtors") that pursuant to 11 U.S.C. § 1116, each Debtor is required to append to its voluntary petitions for relief its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return, or otherwise state under penalty of perjury that no such document exists.

I hereby declare and certify that the Debtor has attached to its voluntary petition a copy of its most recent balance sheet, profit and loss statement (statement of operations), and most recent Federal income tax return. The Debtor does not prepare and maintain other cash-flow statements in the ordinary course of business. For a more detailed description of each Debtor, their business, their operations and general cashflow, and the facts and circumstances leading to its chapter 11 cases, please refer to the forthcoming *Declaration of Carlos Salamonovitz in Support of the Chapter 11 Petitions* (the "First Day Declaration").

_____

[1]    The Debtors and last four digits of their tax identification numbers are: (i) BC Aventura Contemporary Furniture, LLC (3519); (ii) BC America Contemporary Furniture, LLC (7037); (iii) BC Boca Contemporary Furniture, LLC (0954); (iv) BC Contemporary Furniture, LLC (4927); (v) BC Gables Contemporary Furniture, LLC (6008); (vi) BC Lauderdale Contemporary Furniture, LLC (1290); (vii) BC Logistics Contemporary Furniture, LLC (2471); and (viii) BC Midtown Contemporary Furniture, LLC (5537). The mailing address of the Debtors is 600 Silks Run, Space 1280, Hallandale Beach, FL 33009.

I, Carlos Salamonovitz, pursuant to 28 U.S.C. § 1746, declare, certify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge and belief.

Dated:   November 15, 2024

Respectfully submitted,

By:  _/s/ Carlos Salamonovitz_____
Carlos Salamonovitz, Manager

2



**BC Aventura Contemporary Furniture LLC**
**Balance sheet**

| Asset | | September 30, 2024 | | December 31, 2023 |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash | $ | 24,854 | $ | 18,184 |
| Accounts Receivable | | 40,986 | | 134,575 |
| Inventory | | 279,155 | | 255,710 |
| **Total Current Assets** | **$** | **344,996** | **$** | **408,469** |
| **Fixed Assets** | | | | |
| Computer Equipment | $ | 1,640 | $ | 1,640 |
| Furniture & Fixtures | | 51,696 | | 56,937 |
| Leasehold Improvements | | 141,506 | | 149,830 |
| **Total Fixed Assets** | **$** | **194,843** | **$** | **208,407** |
| **Other Assets** | | | | |
| Loans to BC Lauderdale Contemporary Furniture LLC | $ | 50,158 | $ | 50,724 |
| **Total Assets** | **$** | **589,996** | **$** | **667,600** |
| **Current Liabilities** | | | | |
| Accounts payable | $ | 420,967 | $ | 330,067 |
| Other accounts payable | | 35,002 | | - |
| Customers deposits | | 206,423 | | 271,627 |
| Sales tax payable | | 5,606 | | 6,131 |
| **Total Current Liabilities** | **$** | **667,998** | **$** | **607,825** |
| **Other Current Lialilities** | | | | |
| Loans payable to BC America | $ | 73,694 | $ | 49,150 |
| **Total Liabilities** | **$** | **741,692** | **$** | **656,975** |
| **Stockholders Equity** | | | | |
| Capital | $ | 85,094 | $ | 85,094 |
| Retained Earnings | - | 74,469 | - | 67,298 |
| Retained Earnings - Current P&L | - | 162,321 | - | 7,171 |
| **Total  Stockholders Equity** | **-$** | **151,696** | **$** | **10,625** |
| **Total Liabilities & Stockholders Equity** | **$** | **589,996** | **$** | **667,600** |



**BC Aventura Contemporary Furniture LLC**
**Profit & Loss**

| | September 30, 2024 | % of Income | December 31, 2023 | % of Income |
|---|---|---|---|---|
| Sales | $ 949,263 | 100% | $ 1,290,784 | 100% |
| Cost of sales | 413,570 | 44% | 389,491 | 30% |
| **Gross Margin** | $ **535,693** | 56% | $ **901,293** | 70% |
| Delivery expenses | 91,337 | 10% | 115,714 | 9% |
| Marketing & Sales expenses | 232,707 | 25% | 340,265 | 26% |
| Facilities Expenses | 207,020 | 22% | 274,434 | 21% |
| General & Adm. Expenses | 166,950 | 18% | 178,409 | 14% |
| **Total Expenses** | $ **698,014** | 74% | $ **908,823** | 70% |
| **Operating Expenses (Loss)** | ($ **162,321**) | -(17%) | ($ **7,531**) | -(1%) |
| Others expenses (Income) | - | | - 360 | |
| **EBIT (Loss)** | ($ **162,321**) | -(17%) | ($ **7,171**) | -(1%) |

| Form **1120** | | U.S. Corporation Income Tax Return | | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2023 or tax year beginning _____, 2023, ending _____, 20___ Go to *www.irs.gov/Form1120* for instructions and the latest information. | | | | **2023** |

| A Check if: | | | Name | | B Employer identification number |
|---|---|---|---|---|---|
| **1a** Consolidated return (attach Form 851) ☐ | | **TYPE OR PRINT** | BC AVENTURA CONTEMPORARY FURNITURE | | 84-3303519 |
| **b** Life/nonlife consolidated return ☐ | | | Number, street, and room or suite no. If a P.O. box, see instructions STE 1280 | | C Date incorporated |
| **2** Personal holding co. (attach Sch. PH) ☐ | | | 600 SILKS RUN | | 09-25-2019 |
| **3** Personal service corp. (see instructions) ☐ | | | City or town, state or province, country and ZIP or foreign postal code | | D Total assets (see instructions) |
| **4** Schedule M-3 attached ☐ | | | Hallandale Beach       FL      33009 | | $         754,154 |

E Check if: **(1)** ☐ Initial return    **(2)** ☐ Final return    **(3)** ☐ Name change    **(4)** ☐ Address change

| Income | | | | | |
|---|---|---|---|---|---|
| | **1a** Gross receipts or sales . . . . . . . . . | **1a** | 1,290,784 | | |
| | **b** Returns and allowances . . . . . . . . . | **1b** | | | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . | | | **1c** | 1,290,784 |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . | | | **2** | 505,206 |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . | | | **3** | 785,578 |
| | **4** Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . . | | | **4** | |
| | **5** Interest . . . . . . . . . . . . . . . . . . . . . . . . | | | **5** | |
| | **6** Gross rents . . . . . . . . . . . . . . . . . . . . . . . | | | **6** | |
| | **7** Gross royalties . . . . . . . . . . . . . . . . . . . . . | | | **7** | |
| | **8** Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . | | | **8** | |
| | **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . | | | **9** | |
| | **10** Other income (see instructions - attach statement) . . . . . . . . Statement #1. | | | **10** | 360 |
| | **11** **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . | | | **11** | 785,938 |

| Deductions (See instructions for limitations on deductions.) | | | | | |
|---|---|---|---|---|---|
| | **12** Compensation of officers (see instructions - attach Form 1125-E) . . . . . | | | **12** | |
| | **13** Salaries and wages (less employment credits) . . . . . . . . . . . | | | **13** | 202,640 |
| | **14** Repairs and maintenance . . . . . . . . . . . . . . . . . | | | **14** | |
| | **15** Bad debts . . . . . . . . . . . . . . . . . . . . . . | | | **15** | |
| | **16** Rents . . . . . . . . . . . . . . . . . . . . . . . | | | **16** | 237,760 |
| | **17** Taxes and licenses . . . . . . . . . . . . . . . Wks. Tax/Lic. | | | **17** | 27,681 |
| | **18** Interest (see instructions) . . . . . . . . . . . . . . . . | | | **18** | |
| | **19** Charitable contributions . . . . . . . . . . . . . . . . . | | | **19** | |
| | **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . | | | **20** | 12,108 |
| | **21** Depletion . . . . . . . . . . . . . . . . . . . . . . | | | **21** | |
| | **22** Advertising . . . . . . . . . . . . . . . . . . . . . | | | **22** | 110,228 |
| | **23** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . | | | **23** | |
| | **24** Employee benefit programs . . . . . . . . . . . . . . . . | | | **24** | |
| | **25** Energy efficient commercial buildings deduction (attach Form 7205) . . . . | | | **25** | |
| | **26** Other deductions (attach statement) . . . . . . . . . . Statement #5. | | | **26** | 202,602 |
| | **27** **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . | | | **27** | 793,019 |
| | **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . . . . | | | **28** | (7,081) |
| | **29a** Net operating loss deduction (see instructions) . . . | **29a** | | | |
| | **b** Special deductions (Schedule C, line 24) . . . . . | **29b** | | | |
| | **c** Add lines 29a and 29b . . . . . . . . . . . . . . . . . | | | **29c** | |

| Tax, Refundable Credits, & Payments | | | | | |
|---|---|---|---|---|---|
| | **30** **Taxable income.** Subtract line 29c from line 28. See instructions . . . . | | | **30** | (7,081) |
| | **31** Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . | | | **31** | 0 |
| | **32** Reserved for future use . . . . . . . . . . . . . . . . . | | | **32** | |
| | **33** Total payments and credits (Schedule J, Part III, line 23) . . . . . . . | | | **33** | |
| | **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . ☐ | | | **34** | |
| | **35** **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed . . . | | | **35** | |
| | **36** **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid . . . | | | **36** | |
| | **37** Enter amount from line 36 you want: Credited to 2024 estimated tax _____ Refunded | | | **37** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| CARLOS I SALAMONOVITZ | | | Officer | | May the IRS discuss this return |
|---|---|---|---|---|---|
| Signature of officer | Date | | Title | | with the preparer shown below? See instructions. ☐ Yes ☒ No |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| ALTAGRACIA SALAS | ALTAGRACIA SALAS | 04-10-2024 | | | P01006168 |
| Firm's name | SOUTH FLORIDA CPA FINANCIAL INC | | | Firm's EIN | 27-1300100 |
| Firm's address | 12555 ORANGE DRIVE STE 116 | | | Phone no. | |
| | DAVIE FL 33330 | | | (954)862-1733 | |

For Paperwork Reduction Act Notice, see separate instructions.          Form **1120** (2023)

EEA

Draft Copy (watermark)

Form 1120 (2023)      BC AVENTURA CONTEMPORARY FURNITURE                84-3303519          Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . . . . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . . . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . . . . | | | |

Form 1120 (2023)   BC AVENTURA CONTEMPORARY FURNITURE                    84-3303519              Page 3

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|

**Part I - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Income tax. See instructions | 1 | 0 |
| 2 | Base erosion minimum tax amount (attach Form 8991) | 2 | |
| 3 | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) | 3 | |
| 4 | Add lines 1, 2, and 3 | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | 0 |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (see instructions - attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | 0 |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Interest/tax due under section 453A(c) | 9f | |
| g | Interest/tax due under section 453(l) | 9g | |
| z | Other (see instructions - attach statement) | 9z | |
| 10 | **Total.** Add lines 9a through 9z | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 0 |

**Part II - Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | 12 | |
| 13 | Preceding year's overpayment credited to the current year | 13 | |
| 14 | Current year's estimated tax payments | 14 | |
| 15 | Current year's refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Reserved for future use | 20c | |
| z | Other (attach statement - see instructions) | 20z | |
| 21 | **Total credits.** Add lines 20a through 20z | 21 | |
| 22 | Elective payment election amount from Form 3800 | 22 | |
| 23 | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | 23 | |

EEA                                                                 Form **1120** (2023)

Form 1120 (2023)   BC AVENTURA CONTEMPORARY FURNITURE   84-3303519   Page **4**

| Schedule K | Other Information (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash **b** ☒ Accrual **c** ☐ Other (specify) _____

**2** See the instructions and enter the:

**a** Business activity code no.   449110

**b** Business activity   FURNITURE SALES

**c** Product or service   PRODUCT

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . . . . | | | X

If "Yes," enter name and EIN of the parent corporation _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . | X | |

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . . | | X

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions . . . . . | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions . . . . . . | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . | | X

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . | | X

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned _____ and **(b)** Owner's country _____

**(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached   0

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer)   1

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions). . . ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a) $   67,298

EEA   Form **1120** (2023)

Form 1120 (2023)   BC AVENTURA CONTEMPORARY FURNITURE                              84-3303519        Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year . . $ _____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . . . . . . | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099?. . . . . . . . . . . . . . . . . . . . . . . | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction?. . . . . . . . . . . . . . . . . . . . . . . | | X |
| 18 | Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . . | | X |
| 20 | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions   $ _____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year?  See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions . . . . . | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?. . . . . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . . . . . . . $           0 | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage:  By Vote _____       By Value _____ | | |
| 27 | At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | X |
| 28 | Is the corporation a member of a controlled group? . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," attach Schedule O (Form 1120). See instructions. | | |
| 29 | Corporate Alternative Minimum Tax: | | |
| a | Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year? . . . . . . . . . . . . | | |
| | If "Yes," go to question 29b. If "No," skip to question 29c. | | |
| b | Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year? . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | If "Yes," complete and attach Form 4626. If "No," continue to question 29c. | | |
| c | Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A) for the current tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| | If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626. | | |
| 30 | Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| a | Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)? . . . . . . . | | X |
| b | Under the applicable foreign corporation rules? | | |
| c | Under the covered surrogate foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | If "Yes" to either (a), (b), or (c), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| 31 | Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more? . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," attach a statement. See instructions. | | |

EEA                                                                                                    Form **1120** (2023)

Form 1120 (2023)     BC AVENTURA CONTEMPORARY FURNITURE                    84-3303519          Page **6**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . | | 67,574 | | 18,184 |
| 2a | Trade notes and accounts receivable . . . . . . | 3,607 | | 158,811 | |
| b | Less allowance for bad debts . . . . . . | ( ) | 3,607 | ( ) | 158,811 |
| 3 | Inventories . . . . . . . . . . | | 151,019 | | 255,710 |
| 4 | U.S. government obligations . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . | | | | |
| 6 | Other current assets (attach statement) . . . . . | Statement #8 | 210,879 | | 62,318 |
| 7 | Loans to shareholders . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . | | | | |
| 9 | Other investments (attach statement) . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . | 84,122 | | 84,102 | |
| b | Less accumulated depreciation . . . . . | ( 13,417 ) | 70,705 | ( 25,525 ) | 58,577 |
| 11a | Depletable assets . . . . . | | | | |
| b | Less accumulated depletion . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . | 166,478 | | 166,478 | |
| b | Less accumulated amortization . . . . | ( 5,549 ) | 160,929 | ( 16,648 ) | 149,830 |
| 14 | Other assets (attach statement) . . . . . . . | Statement #10 | 12,775 | | 50,724 |
| 15 | Total assets . . . . . . . . . . | | 677,488 | | 754,154 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . | | 113,512 | | 392,384 |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . . . | | | | |
| 18 | Other current liabilities (attach statement) . . . . . | Statement #11 | 391,161 | | 301,995 |
| 19 | Loans from shareholders . . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . . . | | | | |
| 21 | Other liabilities (attach statement) . . . . | Statement #12 | 155,019 | | 49,150 |
| 22 | Capital stock: **a** Preferred stock . . . . . . | | | | |
| | **b** Common stock . . . . . | | | | |
| 23 | Additional paid-in capital . . . . . . | | 85,094 | | 85,093 |
| 24 | Retained earnings-Appropriated (attach statement) . . . . | | | | |
| 25 | Retained earnings-Unappropriated . . . . . . | | (67,298) | | (74,468) |
| 26 | Adjustments to shareholders' equity (attach statement) . . . | | | | |
| 27 | Less cost of treasury stock . . . . . . . . | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity . . . . | | 677,488 | | 754,154 |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . | | (7,170) | 7 | Income recorded on books this year | | |
| 2 | Federal income tax per books . . . . . . . . | | | | not included on this return (itemize): | | |
| 3 | Excess of capital losses over capital gains . . . . | | | | Tax-exempt interest $ _____ | | |
| 4 | Income subject to tax not recorded on books | | | | _____ | | |
| | this year (itemize): _____ | | | | | | |
| | _____ | | | 8 | Deductions on this return not charged | | |
| | | | | | against book income this year (itemize): | | |
| 5 | Expenses recorded on books this year not | | | a | Depreciation . . . . . $ _____ | | |
| | deducted on this return (itemize): | | | b | Charitable contributions $ _____ | | |
| a | Depreciation . . . . . . . $ _____ | | | | _____ | | |
| b | Charitable contributions . . . $ _____ | | | | _____ | | |
| c | Travel and entertainment . . . $ ____ 89 | | | 9 | Add lines 7 and 8 . . . . . . . . . | | |
| | | | 89 | 10 | Income (page 1, line 28)-line 6 less line 9 | | (7,081) |
| 6 | Add lines 1 through 5 . . . . . . . . . . . . | | (7,081) | | | | |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25) |
|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . . . . . . | | (67,298) | 5 | Distributions: **a** Cash . . . . . . | | |
| 2 | Net income (loss) per books . . . . . . . . . | | (7,170) | | **b** Stock . . . . . . | | |
| 3 | Other increases (itemize): _____ | | | | **c** Property . . . . . | | |
| | _____ | | | 6 | Other decreases (itemize): _____ | | |
| | _____ | | | 7 | Add lines 5 and 6 . . . . . . . | | |
| 4 | Add lines 1, 2, and 3 . . . . . . . . . . | | (74,468) | 8 | Balance at end of year (line 4 less line 7) | | (74,468) |

EEA                                                                                    Form **1120** (2023)

| Form **1125-A** | | |
|---|---|---|
| (Rev. November 2018) | | |
| Department of the Treasury | | |
| Internal Revenue Service | | |

# Cost of Goods Sold

► **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
► **Go to** *www.irs.gov/Form1125A* **for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| BC AVENTURA CONTEMPORARY FURNITURE | 84-3303519 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 151,019 |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 609,897 |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Additional section 263A costs (attach schedule) . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 760,916 |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 255,710 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 505,206 |

**9a** Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation.)   ► _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . ► ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . .   ☐ Yes    ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes    ☒ No

Client Copy

For Paperwork Reduction Act Notice, see instructions

Form **1125-A** (Rev. 11-2018)

EEA

# SCHEDULE G
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Information on Certain Persons Owning the Corporation's Voting Stock

► **Attach to Form 1120.**

► **See instructions.**

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| BC AVENTURA CONTEMPORARY FURNITURE | 84-3303519 |

**Part I**   **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| BC AMERICA CONTEMPORARY FURNITURE | 83-1627037 | CORPORATION | US | 100 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**   **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Client Copy

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**

**Schedule G (Form 1120)** (Rev. 12-2011)

EEA

Form **4562**

Department of the Treasury
Internal Revenue Service

## Depreciation and Amortization
### (Including Information on Listed Property)
Attach to your tax return.
Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2023**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| BC AVENTURA CONTEMPORARY FURNITU | FORM 1120 | 84-3303519 |

**Part I**   **Election To Expense Certain Property Under Section 179**

**Note:**  If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . .   **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 . . . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions . . . . | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 . . .   **13** | | |

**Note:**  Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   **Special Depreciation Allowance and Other Depreciation  (Don't** include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . | **16** | 12,108 |

**Part III**   **MACRS Depreciation  (Don't** include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 . . . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | | |

**Section B - Assets Placed in Service During 2023 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

**Part IV**   **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | **22** | 12,108 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . .   **23** | | |

**For Paperwork Reduction Act Notice, see separate instructions.**

EEA

Form **4562** (2023)

Form 4562 (2023)   BC AVENTURA CONTEMPORARY FURNITURE                 84-3303519                        Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

24a  Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b  If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . **25** | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . **28** | | | | | | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . **29** | | | | | | | | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner" or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) . . | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year . | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 . . . . . . . . | | | | | | | | | | | | |
| 34 | Was the vehicle available for personal use during off-duty hours? . . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? . . . | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2023 tax year . . . . . . . . . . **43** | | | | | 11,099 |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . **44** | | | | | 11,099 |

EEA                                                                                                    Form **4562** (2023)

Form **8879-CORP**
(December 2022)

**E-file Authorization for Corporations**

For calendar year 2023, or tax year beginning _____, 2023, ending _____, 20 _____

**Use for efile authorizations for Form 1120, 1120-F or 1120S.**

**Do not send to the IRS. Keep for your records.**

Go to *www.irs.gov/Form8879CORP* for the latest information.

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

| Name of corporation | Employer identification number |
|---|---|
| BC AVENTURA CONTEMPORARY FURNITURE | 84-3303519 |

| **Part I** | **Information** (Whole dollars only) | | |
|---|---|---|---|
| **1** | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 785,938 |
| **2** | Total income (Form 1120-F, Section II, line 11) . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |

| **Part II** | **Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.** |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[x] I authorize SOUTH FLORIDA CPA FINANCIAL to enter my PIN 03519 as my signature

ERO firm name          do not enter all zeros

on the corporation's electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature _____ Date 03-25-2024 Title Officer

| **Part III** | **Certification and Authentication** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    602708    01707

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ALTAGRACIA SALAS _____ Date 04-10-2024

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.          Form **8879-CORP** (12-2022)

EEA

| **Federal Supporting Statements** | **2023** PG01 |
|---|---|
| Name(s) as shown on return | Tax ID Number |
| BC AVENTURA CONTEMPORARY FURNITURE | 84-3303519 |

Form 1120 - Line 10 - Other Income                    Statement #1

| Description | Amount |
|---|---|
| SALES TAX ALLOWANCE INCOME | 360 |
| **Total** | **360** |

**PG01**

Form 1120 - Line 26 - Other Deductions    Statement #5

| Description | Amount |
|---|---|
| Amortization | 11,099 |
| Accounting cost | 6,530 |
| Automobile and truck expenses | 506 |
| Bank charges | 148 |
| Cash Short/Over | 1,318 |
| Commissions | 5,271 |
| Credit and collection costs | 36,507 |
| Insurance | 15,981 |
| Other Insurance | 6,122 |
| Internet | 3,517 |
| Meals 50% limit | 90 |
| Miscellaneous | 4,506 |
| Office expense | 91,945 |
| Outside services and independent contractors | 825 |
| Payroll processing expenses | 951 |
| Postage/Shipping | 109 |
| Utilities | 17,177 |
| **Total** | **202,602** |

**PG01**

Schedule L - Line 6                    Statement #8

| Description | Beg Of Year | End Of Year |
|---|---|---|
| MASTERCARD & VISA RE | 50,460 | |
| AMERICAN EXPRESS REC | 25,293 | |
| PREPAID EXPENSES | 135,126 | 62,318 |
| **Total** | **210,879** | **62,318** |

STATMENT.LD

| **Federal Supporting Statements** | 2023 PG01 |
|---|---|
| Name(s) as shown on return | Tax ID Number |
| BC AVENTURA CONTEMPORARY FURNITURE | 84-3303519 |

### Schedule L - Line 14

Statement #10

| Description | Beg Of Year | End Of Year |
|---|---|---|
| LOAN TO FLORIDA STOR | 12,775 | 50,724 |
| **Total** | **12,775** | **50,724** |

### Schedule L - Line 18

PG01

Statement #11

| Description | Beg Of Year | End Of Year |
|---|---|---|
| CUSTOMER DEPOSITS | 369,563 | 295,639 |
| GIFT CERTIFICATE PAY | 921 | 225 |
| SALES TAX PAYABLE | 20,677 | 6,131 |
| **Total** | **391,161** | **301,995** |

### Schedule L - Line 21

PG01

Statement #12

| Description | Beg Of Year | End Of Year |
|---|---|---|
| LOAN FROM FL STORES | 155,019 | 49,150 |
| **Total** | **155,019** | **49,150** |

Client Copy

STATMENT.LD